UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

ANGELICA M. MUNIZ

v.                                                                                      3:23CV290(JCH)

KILOLO KIJAKAZI,
ACTING COMISSIONER
SOCIAL SECURITY ADMINISTRATION

## JUDGMENT

This matter came on before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's Motion to Reverse the Decision of the Commissioner and defendant's Motion for Judgment under Sentence Four of 42 U.S.C. 405(g) with Reversal and Remand of the Case to the Defendant.

The court has reviewed all of the papers filed in conjunction with the Motions. On September 7, 2023, an Order was entered terminating plaintiff's Motion and granting defendant's Motion, entering judgment in favor of the plaintiff pursuant to Sentence Four, of 42 U.S.C. 405(g), Fed. R. Civ. P., and remanding this case to the Commissioner.

Therefore, it is ORDERED, ADJUDGED, and DECREED that this case is remanded to the Commissioner for further administrative proceedings consistent with this court's Order, and the case is closed.

Dated at New Haven, Connecticut, this 8th day of September, 2023.

DINAH MILTON KINNEY, Clerk

Entered on Docket 9/8/2023            By /s/ Christina Sichanh
                                                            Deputy Clerk